Richard L. Kellner (SBN 171416)
Josh Haffner (SBN 188652)
Kabateck Brown Kellner LLP
644 S. Figueroa Street
Los Angeles, California 90017
Phone: (213) 217-5000; Fax: (213) 217-5010

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUEDALL THOMAS, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff(s),<br>v.<br>LOAN MANAGEMENT SERVICES, INC., a California Corporation; and DOES 1 through 10, Inclusive,<br>Defendant(s). | CASE NUMBER<br><br>EDCV 08-00057 VAP (JCRx)<br><br>NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____
_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

May 14, 2008
Date

_____
Signature of Attorney/Party

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

---

CV-9 (07/01)      NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)